

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00402-CV

_____

IN RE TOMAHAWK TRUCKING, LLC AND DERRICK TERRELL BROWN,
Relators

Original Proceeding
367th District Court of Denton County, Texas
Trial Court No. 23-4934-393

Before Sudderth, C.J.; Birdwell and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered: September 13, 2024